In the Matter of Treffle LEPINE, Bankrupt-Appellee, David B. Lefkowitz, Tishman Realty & Construction Co., and Minnie Lepine, Appellants.

No. 395.

Circuit Court of Appeals, Second Circuit.
April 30, 1934.

Nordlinger, Riegelman & Cooper, of New York City (H. H. Nordlinger and Jacob M. Dinkes, both of New York City, of counsel), for appellants.

Licht & Licht, of New York City (Benjamin H. Licht and Arthur Averbuck, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Orders (4 F. Supp. 808) affirmed.